| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

# United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Randip Singh Rai | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **11/01/2024**        **Randip Singh Rai**
                Printed name of Debtor 1            Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____        _____        _____
                Printed name of Debtor 2            Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                F 1002-1.EMP.INCOME.DEC