Certificate Number: 14912-CAC-DE-039060154

Bankruptcy Case Number: 24-12904



14912-CAC-DE-039060154

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2024, at 6:54 o'clock PM EST, Randip Rai completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   November 12, 2024              By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor