United States Bankruptcy Court

Central District of California

In re:  Case No. 24-12904-TA
Randip Singh Rai  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Feb 24, 2025      Form ID: 318a      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Randip Singh Rai, 1000 N Green Valley Pkwy # 440-811, Henderson, NV 89074-6170 |
| 42218011 | Kaylynn Ackeret, c/o Muaina Injury Law, PO Box 90820, Henderson, NV 89009-0820 |
| 42218012 | Office Depot Card, PO Box 7032, Sioux Falls, SD 57117-7032 |
| 42218013 | Ronald Mautautia & Keisha Silva, 10250 Spencer St Apt 2116, Las Vegas, NV 89183-6912 |
| 42218014 | Suttle & Hammer, APC, PO Box C-90006, Bellevue, WA 98009 |
| 42218016 | The Dunning Law Firm, APC, 9619 Chesapeake Dr Ste 210, San Diego, CA 92123-1329 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: richard.marshack@txitrustee.com | Feb 25 2025 02:02:00 | Richard A Marshack (TR), Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | | EDI: EDD.COM | Feb 25 2025 06:22:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 25 2025 06:22:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Feb 25 2025 06:22:00 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 04:18:49 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42217999 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 05:31:53 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42218000 | | Email/Text: bk@avant.com | Feb 25 2025 02:10:00 | Avant / Web Bank, 222 Merchandise Mart Plz # P, Chicago, IL 60654-1103 |
| 42218001 | ^ | MEBN | Feb 25 2025 01:42:26 | BMO, Po Box 2045, Milwaukee, WI 53201-2045 |
| 42218002 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2025 02:02:00 | Capital One / Kohls, Po Box 3043, Milwaukee, WI 53201-3043 |
| 42218003 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2025 04:29:23 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 42218004 | | EDI: PHINGENESIS | Feb 25 2025 06:22:00 | Destiny Card, 14600 NW Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 42218005 | + | EDI: DISCOVER | Feb 25 2025 06:22:00 | Discover Bank, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 42218007 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 25 2025 02:03:00 | First National Bank of Omaha, 1620 Dodge Street, |

Case 8:24-bk-12904-TA    Doc 12    Filed 02/26/25    Entered 02/26/25 21:30:18    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 318a | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| | | | Omaha, NE 68197 |
| 42218006 | Email/Text: bankruptcy.handling@bankeasy.com | Feb 25 2025 02:10:00 | First Bank & Trust / Mercury, Po Box 84064, Columbus, GA 31908-4064 |
| 42218009 | Email/Text: bkdocs@guildmortgage.net | Feb 25 2025 02:03:00 | Guild Mortgage Company, 5887 Copley Dr Fl 4, San Diego, CA 92111-7906 |
| 42218008 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 25 2025 02:03:00 | Goldman Sachs Bank, Lockbox 6112, Po Box 7247, Philadelphia, PA 19170-0001 |
| 42218010 | + Email/Text: bankruptcy@gurstel.com | Feb 25 2025 02:03:00 | Gurstel Law Firm, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 42218015 | EDI: SYNC | Feb 25 2025 06:22:00 | Synchrony / Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 42218015 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 04:29:44 | Synchrony / Sams Club, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor BMO Bank N.A. c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Randip Singh Rai bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Randip Singh Rai** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2247 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 8:24-bk-12904-TA | |

## Order of Discharge – Chapter 7  12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randip Singh Rai

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/24/25

**Dated:** 2/24/25                                              **By the court:** Theodor Albert
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc        Order of Chapter 7 Discharge                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**